No. 1546, Misc.   BARNES *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 1552, Misc.   PANIZZI ET AL., ADMINISTRATORS *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE Co.; and
No. 1553, Misc.   PANIZZI ET AL., ADMINISTRATORS *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE Co.   C. A. 3d Cir.   Certiorari denied.   *Paul A. Simmons* for petitioners in both cases.   *Francis H. Patrono* for respondent in both cases.   Reported below: 386 F. 2d 600.

No. 1573, Misc.   RIVERA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1577, Misc.   HERNANDEZ *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1591, Misc.   GODFREY *v.* NEBRASKA.   Sup. Ct. Neb. Certiorari denied.   *Richard J. Bruckner* for petitioner.

No. 1592, Misc.   MAHONEY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Orville A. Harlan* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1596, Misc.   WESTON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.